MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email:     melanie.morgan@akerman.com
Email:     thera.cooper@akerman.com

*Attorneys for Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL L. MAGRO,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC, EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:18-cv-00491-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Defendant Nationstar Mortgage LLC (**Nationstar**) and Daniel L. Magro (**Magro**) (collectively **parties**) stipulate and agree as follows:

The parties hereby stipulate and agree Nationstar's time to respond to the Magro's complaint (ECF No. 1) filed on March 16, 2018 shall be continued from April 11, 2018 to May 11, 2018.

This is the first request for an extension of this deadline. Nationstar requests the additional time to afford it the opportunity to adequately respond to the Magro's complaint.

The parties submit this request in good faith without the purpose of undue delay.

/ / /

/ / /

/ / /

/ / /

/ / /

1

DATED this 6th day of April, 2018.

| | |
|---|---|
| **AKERMAN LLP** | **HAINES & KRIEGER, LLC** |
| */s/ Thera A. Cooper* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> THERA A. COOPER, ESQ. <br> Nevada Bar No. 13468 <br> 1635 Village Center Circle, Ste. 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Defendant* <br> *Nationstar Mortgage LLC* | */s/ David H. Krieger* <br> DAVID H. KRIEGER, ESQ. <br> Nevada Bar No. 9086 <br> Nevada Bar No. 8804 <br> 8985 S. Eastern Avenue, Suite 350 <br> Henderson, Nevada 89123 <br><br> *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

**UNITED STATES MAGISTRATE JUDGE**

April 6, 2018

**DATED**